JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR10-00422 CW |
|     Plaintiff, ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
|     v. ) | |
| ANDREW ASHIEGBU, ) LINDA ASHIEGBU, ) HYACINTH UDEH, and ) URSULA OGAMBA, ) | |
|     Defendants. ) | |

    On June 2, 2010, defendants Andrew Ashiegbu, Linda Ashiegbu, Hyacinth Udeh, and Ursula Ogamba were arrested and initially presented before the Court. The matter was continued to June 4, 2010 for appointment of counsel and arraignment, and to June 7, 2010 for a bail review hearing. For the reasons stated in open court on June 2, 2010, the Court excluded time under the Speedy Trial Act from June 2, 2010 to June 7, 2010 to enable effective defense preparation and continuity of counsel. The Court found that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence; and (B) the ends of justice served by the

1  continuance outweigh the best interests of the public and the defendants in a speedy trial.  *See* 18
2  U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: June 4, 2010



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge