JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR10-00422 CW |
| Plaintiff, | ) ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. | ) ) | |
| ANDREW ASHIEGBU, LINDA ASHIEGBU, DORIS ANYANWU, HYACINTH UDEH, and URSULA OGAMBA, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

     On June 4, 2010, defendants Andrew Ashiegbu, Linda Ashiegbu, Doris Anyanwu, Hyacinth Udeh, and Ursula Ogamba were arraigned before the magistrate judge. The matter was continued to July 16, 2010 at 9:30 a.m. for status before the magistrate court. For the reasons stated in open court on June 4, 2010, the Court excluded time under the Speedy Trial Act from June 4, 2010 to July 16, 2010 to enable effective defense preparation, including review of the discovery. The Court found that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

1  (B) the ends of justice served by the continuance outweigh the best interests of the public and
2  the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**



Dated: June _7_, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge